IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY M. HARRIS                                                                                    PLAINTIFF

VS.                                      Civil No. 4:11-cv-4032

BRIAN RUSSELL, Chief of Police,
Prescott City Police Department;
ASHLEY PARKER, Prosecuting
Attorney, Hope, Arkansas; WILLIAM
"BILLY" MORITZ, Public Defender;
and RODRICAS WILLIAMS                                                                             DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed February 6, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that Plaintiff's *in forma pauperis* application be denied and Plaintiff's Complaint be dismissed for failure to state claim upon which relief may be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's IFP application is **DENIED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** as to all Defendants.

The Clerk is directed to send Plaintiff a set of forms that can be utilized to file a § 1983 claim if he intends to pursue an action concerning the conditions under which he is confined.

**IT IS SO ORDERED**, this 1st day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge